UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:17-CR-223 |
| v. | : | (Chief Judge Conner) |
| [1] RONALD NUNEZ and [2] BERNARDO CARRASCO-DELEON, Defendants. | : | |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorneys, David J. Freed, United States Attorney for the Middle District of Pennsylvania, and Daryl F. Bloom, Assistant United States Attorney, and moves the Court to unseal the previously sealed documents in this case because there no longer remains a reason to keep those documents under seal.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

By: s/ Daryl F. Bloom
DARYL F. BLOOM
ASSISTANT U. S. ATTORNEY

## ORDER

It is so ORDERED, this 28TH day of December, 2017.

_____
CHRISTOPHER C. CONNER
Chief Judge, U.S. District Court Judge